UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SHIRLEY WEAVER,

       Plaintiff,

-v-                                    No.  09 Civ. 1611 (LTS)(DF)

DERICHEBOURG ICS MULTISERVICES,

       Defendant.

-------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 03 MAR 2010

### ORDER

       By memorandum order dated February 3, 2010, this Court granted Defendant's motion to dismiss Plaintiff's complaint as against Derichebourg ICS Multiservices, denied Plaintiff's cross-motion for jurisdictional discovery, and granted Plaintiff's motion for leave to amend the complaint by substituting Derichebourg S.A. as a defendant.  The Court directed Plaintiff to file an amended complaint by February 26, 2010, and stated that if an amended complaint is not timely filed, judgment dismissing the action for lack of personal jurisdiction over Derichebourg ICS Multiservices may be entered, and this case closed, without further advance notice.

       In light of Plaintiff's failure to file an amended complaint, the above-captioned case is hereby dismissed for lack of personal jurisdiction.  The Clerk of Court is respectfully requested to enter judgment accordingly and close this case.

       SO ORDERED.

Dated: New York, New York
       March 3, 2010

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge